AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

JOHN K. BOROWSKI, JR.,
    Plaintiff

v.                      CASE NUMBER: 23-C-1737

SANDY A. WILLIAMS,
    Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice for lack of prosecution.

4/24/2024
Date

Gina M. Colletti
Clerk

/s/ Alexis H.
(By) Deputy Clerk